**George J. GLEESON, D.A.V., Citizen of the USA, Appellant,**

**v.**

**Honorable Joy MCDONALD; Paul Hutter, Chief of Staff; James Terry; James B. Peake, Secretary of Veterans Affairs; George J. Opfer, Inspec-**

tor General; Paula Conrad, Service Center Manager; Lonnie Wangen, N.D. Commissioner of Veterans Affairs; George Bush, United States President; Barack Obama, United States President, **Appellees.**

No. 09–3252.

United States Court of Appeals, Eighth Circuit.

Submitted: May 26, 2010.

Filed: May 26, 2010.

George J. Gleeson, D.A.V., Citizen of The USA, Bismarck, ND, pro se.

Shon Hastings, U.S. Attorney's Office, Fargo, ND, Douglas Alan Bahr, Solicitor, Attorney General's Office, Bismarck, ND, for Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

George Gleeson appeals the district court's[1] order dismissing his civil action. After careful de novo review, *see Gopher Oil Co. v. Bunker*, 84 F.3d 1047, 1050 (8th Cir.1996), we agree with the district court that it lacked subject matter jurisdiction over this matter. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

---

1. The Honorable Ralph Erickson, Chief Judge, United States District Court for the District of North Dakota.